**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 20-cv-02942-CMA-NYW

INTERSTATE MEDICAL LICENSURE COMPACT COMMISSION,

    Plaintiff,

v.

WANDA BOWLING,

    Defendant.

## ORDER AFFIRMING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the Court on the Amended Recommendation of United States Magistrate Judge Nina Y. Wang. (Doc. # 33). Judge Wang recommends that Defendant's Motion to Dismiss (Doc. # 7) be denied and that Plaintiff's Motion to Dismiss Defendant's Counterclaims (Doc. # 17) be granted in part and denied in part. Neither party objects to Judge Wang's recommendation.[1]

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's

---

[1] Judge Wang advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation. (Doc. #33, p. 54 n. 22). Despite this advisement, neither party filed a timely objection to the Magistrate Judge's Recommendation.

factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that Judge Wang's Amended Recommendation is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). Accordingly, it is hereby ORDERED that Judge Wang's Amended Recommendation (Doc. # 33), is AFFIRMED and ADOPTED as an order of this Court. Defendant's Motion to Dismiss (Doc. # 7) is DENIED. Plaintiff's Motion to Dismiss Defendant's Counterclaim (Doc. # 17) is GRANTED IN PART and DENIED IN PART. Counterclaims I (misclassification) and III (wrongful termination – False Claims Act) are DISMISSED WITHOUT PREJUDICE. Counterclaims II (wrongful termination) and V (intentional infliction of emotional distress) are DISMISSED insofar as they are premised on federal law. The remaining counterclaims are: Counterclaim II (state law claim for wrongful termination) Counterclaim IV (defamation) and Counterclaim V (state law claim for intentional infliction of emotional distress).

DATED: July 16, 2021

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge

2